UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. MCCARTHY,<br>    Plaintiff, | :<br>:<br>: |
| v. | :   Case No. 3:17mc184(MPS) |
| DOE,<br>    Defendant. | :<br>:<br>: |

## **ORDER**

The plaintiff, John J. McCarthy, is currently incarcerated at Bridgeport Correctional Center. He initiated this action by filing a motion for leave to file a complaint and a motion for leave to proceed *in forma pauperis*. On October 4, 2017, the plaintiff filed a motion to withdraw all lawsuits, including this action.

The Motion to Withdraw [**ECF No. 2**] Lawsuit is **GRANTED**. The Motion to Proceed *In Forma Pauperis* [**ECF No. 1**] and the Motion for Leave to File a Complaint [**ECF No. 1**] are **DENIED** as moot. The Clerk is directed to close the case.

SO ORDERED at Hartford, Connecticut this 25th day of October, 2017.

                                              /s/
                                       Michael P. Shea
                                       United States District Judge